FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 03 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                          NO. 4:17CR00293-11 BSM

JEFFREY G. HOWELL

33000-009

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL CENTER and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of JEFFREY G. HOWELL CDCR# BJ3029 detained in the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL CENTER, Susanville, California in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on November 21, 2019 at 2:00 p.m., before the Honorable Patricia S. Harris, and after the proceedings have been concluded, that you return JEFFREY G. HOWELL to CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL CENTER under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 3 October 2019.

Returned unexecuted.
Hearing moved due to airlift.

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK  C. Young
By: _____ D.C.    12/2/19

_____
UNITED STATES MAGISTRATE JUDGE