IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRIC OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

V.                              CASE NO. 4:17-CR-293-11-BSM

JEFFREY G. HOWELL                                                                    DEFENDANT

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Comes now Defendant, Jeffrey G. Howell, by and through his attorney, Gary D. Corum, and for his Unopposed Motion for Continuance, states:

1. The undersigned counsel was appointed to represent Mr. Howell by Order filed on December 31, 2019. At the time of appointment Mr. Howell was scheduled for jury trial on January 21, 2020, only 3 weeks from the date of appointment. Mr. Howell is being held in federal custody at a location that requires counsel to make a round trip of more than 6 hours in order to meet and confer with his client.

2. On January 16, 2020 counsel for Mr. Howell filed an unopposed motion for continuance of the January 21 trial date and an Order was entered granting a continuance to March 23, 2020.

3. From the motions for continuance filed on behalf of numerous defendants also scheduled for jury trial on March 23, 2020 the Court is aware of the immense complexity of the charges and the number of defendants in this case. Other defendants have apprised the Court of the massive amount of materials involved in

1

the discovery process and of the impossibility of providing individualized discovery for particular defendants. The difficulties in discovery are compounded by the fact that the Court-appointed discovery attorney is still in the process of organizing materials that have not yet been disseminated to defense counsel, and there is a large quantity of discovery material that can only be viewed in the government's offices in a time consuming and cumbersome process.

4. It is impossible to acquire, properly review, process and analyze the necessary information or to adequately prepare a defense before the currently scheduled trial date, and it is currently impossible to predict the amount of time that will be required to properly and adequately prepare a defense.

5. Defendant Howell therefore joins the numerous other defendants in their request for a continuance of the trial, and formally waives his rights with respect to speedy trial requirements to the extent required by the motion.

6. Counsel is authorized to state that the government has no objection to the motion. The Motion is made in good faith, and not for the purpose of delay or any other improper purpose. The additional time occasioned by the Court's granting this Motion is excludable under the Speedy Trial Act.

7. In light of the nature of this Motion, counsel respectfully requests the Court waive the requirement of Local Rule 7.2 for a separate brief.

WHEREFORE, counsel requests the Defendant's Unopposed Motion for Continuance be granted and for all other just and proper relief.

Respectfully Submitted,

Gary D. Corum
AR Bar No. 82038
Attorney for Jeffrey G. Howell
200 River Market Avenue, Ste. 600
Little Rock, AR  72201
(501) 375-6454
(501) 375-5914 (fax)
E-mail: gary@wecc-law.com